IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONNIE DAVENPORT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5827

Opinion filed April 6, 2016.

An appeal from an order of the Circuit Court for Escambia County.
Michael Jones, Judge.

Ronnie Davenport, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, BILBREY, and JAY, JJ., CONCUR.